IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LORI A. LATHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 1:24-CV-000213-KD-C |
| ) | |
| BRETT/ROBINSON GULF ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 31, 2025, (Doc. 24), is **PARTIALLY ADOPTED** as the opinion of this Court.

As to the ADA claims, the Magistrate Judge's report is thorough, and the conclusions are supported by law. However, the Court has not relied upon the legislative history reports to concur in the conclusion that the ADA down not cover short term impairments. Rather, the plain language of the statute refutes Latham's argument that short-term impairments are covered.

The Court declines to adopt the report and conclusion that the FMLA claim is due to be dismissed for failure to state a claim that Brett/Robinson's conduct was willful. The complaint alleges that six days after Brett/Robinson was notified that Latham would need extended leave, they terminated her employment. However, it is alleged that Brett/Robinson also indicated that Latham was invited to reapply for her position, implying that this could occur after her need for extended leave was over. While the timing of these events may not alone be sufficient to withstand summary judgment, these allegations make the claim of willfulness "plausible on its face."

Accordingly, the Defendant's Motion to Dismiss, (Doc. 10), is **GRANTED in PART** and **DENIED in PART** as follows:

The Motion to Dismiss is **GRANTED** as to the **ADA claims** (Counts 1 and 2)**.** The ADA claims (Counts 1 and 2) are **DISMISSED WITH PREJUDICE**.

The Motion to Dismiss is **DENIED** as to the **FMLA claim** (Count 3). The FMLA claim (Count 3) remains.

**DONE** and **ORDERED** this the **30th** day of **April 2025**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**